1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE EASTERN DISTRICT OF CALIFORNIA

7   Peter T. Harrell

8            Plaintiff,                    No. CIV S-05-0420 GEB CMK

9       vs.

10  Darrell Lemos, et al.,

11           Defendants.

12  _____/        <u>ORDER</u>

13          Plaintiff is proceeding in forma pauperis in this civil rights action.  In an order

14  filed March 3, 2005, this court set a Status Conference in the above captioned case for August

15  16, 2005.  As defendants have yet to be served with complaint,[1] the Status Conference set for

16  August 16, 2005 is vacated, and the status conference is re-set for November 8, 2005.

17          IT IS ORDERED THAT:

18          1. The Status Conference set for August 16, 2005 is vacated and;

19          2.  The Status (Pretrial Scheduling) Conference is re-set for November 8, 2005 at

20  10:00a.m.in Redding before Magistrate Judge Craig M. Kellison.

21  DATED:   August 8, 2005.

22

23                                    _____
                                      **CRAIG M. KELLISON**
24                                    UNITED STATES MAGISTRATE JUDGE

25

26  _____
            [1]The court has recently issued an order directing the United States Marshal's Service to
     Serve plaintiff's complaint on defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26