# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Peter T. Harrell                                    No. CIV S-05-0420 GEB CMK

        Plaintiff,

   vs.                                              ORDER TO SHOW CAUSE

Darrell Lemos, et al.,

        Defendants.

_____/

       Plaintiff, who is proceeding pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983 This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(b)(21).

       On March 3, 2005, the court issued an order setting a status conference before the Honorable Craig M. Kellison, United States Magistrate Judge. In the order, the parties were ordered to submit to the court and serve by mail on all parties, no later than seven days prior to the status conference, a status report. To date, plaintiff has not complied.[1]

---

[1] The court notes that plaintiff filed "initial disclosures" on October 31, 2005. However, this disclosure did not comply with the requirements for the status report.

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 10 days of the date of service of this order, why he failed to file a status report.
3 Plaintiff should also be prepared to show good cause at the status conference on November 8,
4 2005 at the United States District Court, 2986 Bechelli Lane, Redding, California why he failed to
5 file a status report. Plaintiff is warned that failure to comply with this order may result in the
6 dismissal of this action. See Local Rule 11-110.

8 DATED: November 3, 2005.

   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE