IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Peter T. Harrell

     Plaintiff,                  No. CIV S-05-0420 GEB CMK

vs.

Darrell Lemos,

     Defendants.            ORDER

_____/

        A status conference was held in this matter on November 8, 2005, at 10:00 a.m. before the Honorable Craig M. Kellison, United States Magistrate Judge, at the United States District Court 2986 Bechelli Lane, Redding, California. Plaintiff, Peter T. Harrell, appeared in propria persona. Phillip B. Price appeared for defendants.

        At the status conference, plaintiff showed good cause for his failure to file a status report.

        Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The court's November 4, 2005 order to show cause is discharged;

///

1

2. Plaintiff may file an amended complaint on or before December 10, 2005 with no leave of the court. After December 10, 2005, plaintiff must obtain either the written consent of the adverse parties or leave of the court prior to filing any amended complaint. See Fed. R. Civ. P. 15(a);

3. The parties shall exchange lists of expert witnesses no later than July 5, 2006 and shall exchange lists of any rebuttal experts no later than August 7, 2006. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1);

4. All motions pertaining to discovery shall be noticed for hearing no later than September 19, 2006, and discovery shall be completed by October 2, 2006;

5. Dispositive motions shall be noticed to be heard by December 12, 2006, with all dispositive motions filed no later than December 1, 2006;

6. The pretrial conference is set for April 9, 2007 at 1:30 p.m. in courtroom # 10 before the Hon. Garland E. Burrell. Pretrial statements shall be filed pursuant to Local Rule 16-281; and

7. Jury trial of this matter is set for June 12, 2007 at 9:00 a.m. in courtroom 10 before the Honorable Garland E. Burrell. The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED: November 9, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2