IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,

        Plaintiff,                No. CIV S-05-0420 GEB CMK

    vs.

DARRELL LEMOS, et al.,

        Defendants.

_____/        ORDER

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  Currently pending before the court is defendants' motion to amend the status conference order to vacate and reset all dates set in the November 11, 2005 scheduling order.  In support of their motion defendants aver that their discovery has been frustrated by plaintiff's exercise of his Fifth Amendment rights; that plaintiff has refused to serve the two defendants that plaintiff added when the court allowed him to file an amended complaint; and that Kimberly R. Olson has now filed a substantially similar civil rights complaint.

///

///

///

///

Good cause appearing, IT IS ORDERED that:

1. All dates in the November 11, 2005 scheduling order are vacated. The court will reset these dates at a later time.

2. The September 19, 2006 hearing date for defendants' motion to amend the status conference order is vacated.

3. The parties will appear for a case management conference on November 14, 2006 at 10:00 am before the undersigned in Redding, California.

DATED: August 10, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE