IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Peter T. Harrell

        Plaintiff,                      No. CIV S-05-0420 GEB CMK

    vs.

Darrell Lemos,

        Defendants.               <u>Order Rescheduling Hearing Dates</u>

_____/

        Plaintiff, who is proceeding without counsel, has filed this civil rights action against defendants. A hearing on a motion to dismiss filed by defendants Mark Merril and Rick Riggins is scheduled for October 17, 2006. A case management conference is scheduled for November 14, 2006.

        Good cause appearing, IT IS ORDERED that:

        1. The hearing date for the motion to dismiss and the date for the case management conference are vacated.

        2. Both the hearing for the motion to dismiss by defendants Mark Merril and Rick Riggins and the case management conference are rescheduled for October 26, 2006 at 10:00 a.m before the undersigned at the United States District Court 2986 Bechelli Lane, Redding, California.

1

3. Plaintiff should come prepared to update the court on the status of his pending criminal proceeding arising out of the same events as this civil action. Specifically, plaintiff should advise the court of his ability to answer defendant's discovery questions. Additionally, the parties should be prepared to discuss the lawsuits filed by Kimberly Olsen and how they relate to the above captioned matter.

DATED: October 2, 2006.

                                                     **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE