IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,

    Plaintiff,                    No. CIV S-05-0420 GEB CMK

    vs.

DARRELL LEMOS, et al.,

    Defendants.

_____/        ORDER

        Defendants' Motion for to Dismiss, scheduled for hearing on January 16, 2007, is submitted without oral argument pursuant to Local Rule 78-230(h). The hearing date of January 16, 2007 is vacated. If the court determines that oral argument is needed, it will be scheduled at a later date.

        IT IS SO ORDERED.

DATED: November 28, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE