IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,

    Plaintiff,                       2:05-cv-0420-GEB-CMK

    vs.

DARREL LEMOS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 1, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations[1].

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

---

[1] The docket reflects that plaintiff filed objections (doc. 60); however a review of this document reveals that it is a response in opposition to the defendants' motion to dismiss. As plaintiff raises some arguments in the opposition to the motion to dismiss which would be applicable objections to the findings and recommendations, the court will, in an abundance of caution, consider document 60 to be objections to the findings and recommendations.

1

304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  The findings and recommendations filed December 1, 2006, are adopted in full;

          2.  Plaintiff's complaint is dismissed without prejudice for failure to state a claim.

Dated:  January 3, 2007

```
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```