IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,

    Plaintiff,                     No. CIV S-05-0420 GEB CMK

    vs.

DARREL LEMOS, et al.,

    Defendants.                 <u>ORDER</u>

        Plaintiff, who is proceeding without counsel and in forma pauperis, has filed this civil rights action against several defendants. Pending before the court is plaintiff's motion to dismiss this action (Doc. 89). Defendants have file a notice of non-opposition. Good cause appearing therefor, this action is dismissed. <u>See</u> Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to close this file.

        IT IS SO ORDERED.

DATED: December 1, 2011

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE